

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00922-CV

John E. **RODARTE**, Sr.,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12625
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant, John E. Rodarte, Sr., in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 7, 2015.

Marialyn Barnard, Justice